# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| WALGREEN CO., THE KROGER CO., ALBERTSONS COMPANIES, INC., and H-E-B, L.P., | : : : | **Civil Action No. 2:25-cv-00372-GWC** |
| *Plaintiffs*, | : | |
| v. | : : | |
| TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., TEVA SALES AND MARKETING, INC., and TEVA NEUROSCIENCE, INC., | : : : : : | |
| *Defendants*. | : : : | |

## NOTICE OF APPEARANCE

Andrew Manitsky, Esq. of MANITSKY LAW, PLLC, hereby appears on behalf of Defendants in the above-captioned matter.

*/s/  Andrew D. Manitsky*
Andrew D. Manitsky, Esq.
MANITSKY LAW, PLLC
38 Pebble Beach Rd, Suite 1
Colchester, VT 05446
amanitsky@manitskylaw.com

Dated:  May 16, 2025